

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Misty Rae Bailey,

\* From the 161st District Court
of Ector County,
Trial Court No. B-17-0373-CR.

Vs. No. 11-18-00226-CR

\* August 30, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete $22.50 of the Time Payment Fee assessed as court costs, leaving a Time Payment Fee of $2.50. The judgment of the trial court is affirmed as modified.